AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JAMES MIKELL,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                      CASE NUMBER: **3:07-CV-00577-RCJ-RAM**

E.K. MCDANIEL, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus (Dkt. No. 6) is DENIED.


  March 18, 2011                                         **LANCE S. WILSON**
                                                                 Clerk


                                                              /s/ Katie Lynn Ogden
                                                               Deputy Clerk